IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:23CR3021** |
| vs. | |
| MIA ARMANI WILLIAMS, SAMANTHA GABRIELLE FRANCISCO, and JULANY RIVERA, | **ORDER** |
| Defendants. | |

Defendant Francisco has moved to continue the trial, (Filing No. 91), because she would like additional time to gather additional information regarding an out-of-state witness. The motion to continue is unopposed. The Court held a hearing on this motion on January 24, 2024. At this hearing, Counsel for Defendant Rivera indicated she recently received evidence from the government that she needs additional time to review and analyze. Based on the representations of counsel at the hearing, namely regarding the evidence recently received by Defendants' counsel, the Court finds the motion should be granted in part. Accordingly,

IT IS ORDERED:

1)   Defendant's motion to continue, (Filing No. 91), is granted in part.

2)   As to all defendants, the trial of this case is set to commence before the Honorable John M. Gerrard, Senior United States District Judge, in in Courtroom 1, United States Courthouse, Lincoln, Nebraska at 9:00 a.m. on April 8, 2024, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

3)   As to all Defendants, the time between today's date and April 8, 2024 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare

this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 24th day of January, 2024.

BY THE COURT:

_s/ Jacqueline M. DeLuca_
United States Magistrate Judge