IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MIA ARMANI WILLIAMS, SAMANTHA GABRIELLE FRANCISCO, and JULANY RIVERA,<br><br>                Defendant. | **4:23CR3021**<br><br>**ORDER** |

      Defendant Samantha Gabrielle Francisco has moved to continue the trial (Filing No. 119) because she would like additional time to gather additional information regarding an out-of-state witness. The motion to continue is unopposed by the government. Accordingly,

      IT IS ORDERED:

1) Defendant's motion to continue (Filing No. 119) is granted.

2) After conferring with counsel, the trial scheduled for April 8, 2024 is cancelled and will be rescheduled at a later time.

3) A telephonic conference with counsel will be held before the undersigned magistrate judge at 11:00 a.m. on May 6, 2024 to discuss setting any pretrial motion hearing needed, a change of plea hearing, or the date of the jury trial and deadlines for disclosing experts as required under Rule 16. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

4) As to all defendants, the time between today's date and May 6, 2024, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be

2

deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 2nd day of March, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

2