IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>MIA ARMANI WILLIAMS, SAMANTHA GABRIELLE FRANCISO, JULANY RIVERA,<br><br>                    Defendant. | 4:23CR3021<br><br><br>ORDER |

Plaintiff has moved to continue the conference call, (Filing No. 158), because the government needs additional time complete potential plea paperwork and to allow defendants time to consider whether to enter a guilty plea or go to trial. The motion to continue is unopposed, and each Defendant has agreed to exclude the time pursuant to the Speedy Trial Act until the next scheduled conference call on October 8, 2024. Based on the showing set forth in the motion and to the Court, the court finds good cause has been shown and the motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's unopposed motion to continue, (Filing No. 158), is granted.

2) The conference call previously scheduled to be held on September 24, 2024, is continued. A telephonic conference with counsel will be held before the undersigned magistrate judge at 1:30 p.m. on October 8, 2024 to discuss setting any change of plea hearing or the date of the jury trial. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

3) In accordance with 18 U.S.C. § 3161(h)(7)(A) and with the consent of the Defendants, the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, this is, the time between today's date and October 8, 2024 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 23rd day of September, 2024.

BY THE COURT:

s/Jacqueline M. DeLuca
United States Magistrate Judge